AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

RUSSELL SALAS,

           Plaintiff,               **JUDGMENT IN A CIVIL CASE**

   V.

                                CASE NUMBER: 3:11-cv-00268-ECR-WGC

GREGORY COX, et al.,

           Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_**X**_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that defendants' Motion for Summary Judgment [17] is GRANTED.

_August 15, 2012_____
     Date

                               **LANCE S. WILSON**
                                      Clerk

                              /s/  M. Campbell_____
                                   Deputy Clerk