AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

RUSSELL SALAS,

      Plaintiff,

V.

GREGORY COX, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-cv-00268-ECR-WGC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' Motion for Summary Judgment [17] is GRANTED.

| | |
|---|---|
|  August 15, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |